*Durwood Pye*, for plaintiff in error.

*A. T. Walden* and *Mitchell & Mitchell*, contra.

WAITS *et al. v.* THE STATE.

JENKINS, Chief Justice. 1. "A motion to set aside a verdict and judgment is not an appropriate remedy in a criminal case." *Claughton* v. *State,* 179 *Ga.* 157 (175 S. E. 470), citing *Brown* v. *State,* 150 *Ga.* 585 (104 S. E. 428); *McDonald* v. *State,* 126 *Ga.* 536 (55 S. E. 235); *Hughes* v. *State,* 159 *Ga.* 818 (5) (127 S. E. 109); *Gravitt* v. *State,* 165 *Ga.* 779 (3) (142 S. E. 100).

2. Under the foregoing ruling, the trial court did not err in dismissing on motion of the solicitor-general the instant motion to set aside a verdict and judgment rendered March 3, 1947, in a criminal case in which the defendant was convicted and sentenced for robbery by force and violence.

*Judgment affirmed. All the Justices concur, except Bell, J., absent on account of illness.*

No. 16320. SEPTEMBER 7, 1948. REHEARING DENIED SEPTEMBER 15, 1948.

*Charles W. Anderson,* for plaintiffs in error.

*Eugene Cook, Attorney-General, Hal C. Hutchens, Solicitor-General,* and *E. L. Reagan, Assistant Attorney-General,* contra.